**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00979-CV

### KEVIN R. DAVIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 90977-422**

## ORDER

We **GRANT** appellant's September 5, 2014 motion for extension of time to file jurisdictional letter brief and **ORDER** the brief be filed no later than October 13, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
         JUSTICE